EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00170-01 JMS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S SENTENCING |
| ) | STATEMENT; CERTIFICATE OF |
| vs. ) | SERVICE |
| ) | |
| STEVEN I. OKAMURA,   (01), ) | Date:  February 16, 2006 |
| ) | Judge:  Hon. J. Michael Seabright |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  December 28, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Michael K. Kawahara
   MICHAEL K. KAWAHARA
   Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed and hand-delivered to the following:

1. Mr. Howard K.K. Luke
   Attorney at Law
   841 Bishop St., Suite 2022
   Honolulu, HI 96813

   Attorney for Defendant
   Steven I. Okamura

2. Probation Officer
   300 Ala Moana Blvd.,
   Box 50111, Rm. C-126
   Honolulu, HI 96850

DATED: December 28, 2005, at Honolulu, Hawaii.

[signature]