EDWARD H. KUBO, JR.     2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA     1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0170JMS-01 |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | STEVEN I. OKAMURA |
| | ) | |
| STEVEN I. OKAMURA, (01) | ) | Sentencing Date: 2/15/06 at |
| BRANDON J. MAGLINTI, (02) | ) | 9:30 a.m., before the Hon. |
| | ) | J. Michael Seabright |
| Defendants. | ) | |

**MOTION FOR DOWNWARD DEPARTURE
IN SENTENCING DEFENDANT STEVEN I. OKAMURA**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant Steven I. Okamura due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to 18 U.S.C. 3553(e) and U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

DATED:   Honolulu, Hawaii, February 13, 2006.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        By /s/ Michael K. Kawahara
                           MICHAEL K. KAWAHARA
                           Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

1.    HOWARD K.K. LUKE, ESQ.          February 13, 2006
      841 Bishop Street, Suite 2022
      Honolulu, HI 96813
      FAX: 523-9137

      Attorney for defendant Okumura

2.    U.S. Probation Office            February 13, 2006
      300 Ala Moana Blvd., C-126
      Honolulu, HI 96850

                                          /s/ Rowena N. Kang